1  Tionna Carvalho (SBN 299010)
   Email: tcarvalho@slpattorney.com
2  **STRATEGIC LEGAL PRACTICES, APC**
   1888 Century Park East, Floor 19
3  Los Angeles, California 90067
   Telephone: (310) 929-4900
4  Facsimile: (310) 943-3838

5  Attorneys for Plaintiff,
   ROBERT GAXIOLA

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| ROBERT GAXIOLA, | Case No. 5:22-cv-01852-HDV-SP |
|---|---|
| Plaintiff, | **Request for Entry of Judgment Pursuant to FRCP 68(a)** |
| v. | [Complaint Filed: October 20, 2022] |
| FORD MOTOR COMPANY; and DOES 1 through 10, inclusive | |
| Defendants. | |

1

**REQUEST FOR ENTRY OF JUDGMENT**

TO THE HONORABLE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** Plaintiff ROBERT GAXIOLA accepted Defendant FORD MOTOR COMPANY's Offer of Judgment Pursuant to Fed. R. Civ. P. 68 in the amount of $165,000.00 on October 23, 2023, which is attached hereto as **Exhibit 1**. Plaintiff hereby applies for the Entry of Judgment in the amount of $165,000.00 pursuant to the terms of the Rule 68 attached herein.

Dated: February 7, 2024                STRATEGIC LEGAL PRACTICES, APC

_____
TIONNA CARVALHO
Attorney for Plaintiff
ROBERT GAXIOLA

# EXHIBIT 1

**LEWIS BRISBOIS BISGAARD & SMITH llp**
BRIAN C. VANDERHOOF, SB# 248511
  E-Mail: Brian.Vanderhoof@lewisbrisbois.com
JONATHAN WON, SB# 293910
  E-Mail: Jonathan.Won@lewisbrisbois.com
45 Fremont Street, Suite 3000
San Francisco, California 94105
Telephone: 213.680.5064
Facsimile: 213.250.7900

Attorneys for Defendant
FORD MOTOR COMPANY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT GAXIOLA,<br><br>                Plaintiff,<br><br>        vs.<br><br>FORD MOTOR COMPANY; and DOES 1 through 10, inclusive,<br><br>                Defendants. | CASE NO: 5:22-cv-01852-FLA (SPx)<br><br>**DEFENDANT FORD MOTOR COMPANY'S OFFER OF JUDGMENT PURSUANT TO FED. R. CIV. P. 68**<br><br>Complaint Filed: October 20, 2022 |

**TO PLAINTIFF AND HIS COUNSEL OF RECORD:**

Defendant Ford Motor Company ("Ford") hereby offers to allow entry of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure as follows:

1. Ford will pay to Robert Gaxiola ("Plaintiff") the sum of $165,000.00 less any remaining loan balance on Plaintiffs' 2017 Ford F-250, VIN 1FT7X2B62HEE33020 (the "Subject Vehicle"). Ford will pay this amount, to Plaintiff and Plaintiff's counsel of record, within 30 days from acceptance of this Offer. Ford will pay any loan balance on the vehicle directly to the lienholder within seven (7) days after Plaintiffs' surrender of the vehicle to Ford or its designee, as described in Paragraph 3.

/ / /

2. As part of this Offer, Ford agrees that:

    a. The judgment may include an award of attorney fees recoverable pursuant to California Civil Code Section 1794(d) in the amount of $8,500.00; <u>or</u>

    b. Alternatively, Ford offers to permit judgment to be entered solely upon the terms of paragraph 1, and Plaintiff shall retain the right to petition the Court for an award of reasonably and actually incurred attorney fees and costs recoverable pursuant to California Civil Code Section 1794(d). In ruling on Plaintiff's fee/cost motion(s), the attorney fees, expenses and costs shall be calculated as if Plaintiff were found to have prevailed in this action under section 1794(d) of the California Civil Code. Ford expressly reserves all defenses to Plaintiff's fee/costs motion(s). Plaintiff may recover for attorney fees and costs reasonably and actually incurred in bringing such a fee/cost motion(s). Ford will pay the attorney fees and cost amounts determined by the Court within 30 days' written notice of entry of the Court's ruling awarding these amounts.

3. Plaintiffs will surrender the vehicle to Ford on a date, time and place mutually agreeable no later than 30 calendar days after the parties' counsel have accepted this Offer. Plaintiffs will surrender the vehicle with clear title, free and clear of all liens and encumbrances, other than the lender of record, to Ford or its designee. Plaintiffs will also execute whatever documents are necessary to effectuate the transfer of the vehicle to Ford.

4. Ford will waive all claims it may have for costs and fees in this action.

5. Plaintiff will file a Stipulation of Dismissal, with prejudice as to all clams and causes of action within 14 days after Ford tenders the final amounts due to Plaintiff and Plaintiff's counsel. Plaintiffs are not required to execute any separate release of claims.

6.    This Offer is inclusive of all damages, restitution, costs, attorney fees, expenses, penalties, prejudgment interest, postjudgment interest, and any other sums or amounts or claims that have been asserted by Plaintiffs in this action. If this Offer is accepted, Plaintiffs shall not be entitled, except as specified in paragraphs 1 and 2, to seek damages, costs, attorney fees, expenses, penalties, prejudgment interest, postjudgment interest, or any other sums or amounts or claims in this action.

7.    Pursuant to Federal Rules of Civil Procedure Rule 68, this Offer can be accepted by signing a statement that the offer is accepted. Set forth below is a statement indicating acceptance of this Offer that may be signed by counsel for Plaintiffs. If this offer is not accepted and notice given by Plaintiffs within the 14-day time period provided by Rule 68 of the Federal Rules of Civil Procedure, then it shall be deemed withdrawn.

PLEASE TAKE NOTICE that, pursuant to Federal Rules of Civil Procedure Rule 68, if this Offer is not accepted and Plaintiffs fail to obtain a more favorable judgment, Plaintiffs shall not recover post-offer costs, including attorney fees from the date of this Offer, and shall be required to pay Ford's costs from the time of the offer. Further, the Court, in its discretion, may require Plaintiffs to pay a reasonable sum to cover Ford's post-offer costs of the services of Ford's expert witnesses, who are not regular employees of any party, actually incurred and reasonably necessary in either, or both, the preparation or trial of this case by Ford.

/ / /

/ / /

/ / /

130567960.1

3

DEFENDANT FORD MOTOR COMPANY'S OFFER OF JUDGMENT PURSUANT TO FRCP 68

DATED: October 10, 2023      LEWIS BRISBOIS BISGAARD & SMITH LLP

By: */s/ Brian Vanderhoof*
Brian C. Vanderhoof
Jonathan Won
Attorneys for Defendant FORD MOTOR COMPANY

We hereby accept the above offer on the terms stated on behalf of Plaintiffs.

DATED: October 23, 2023      STRATEGIC LEGAL PRACTICES, APC

By: _____
Tionna Dolin
Attorneys for Plaintiff ROBERT GAXIOLA

**CALIFORNIA STATE COURT PROOF OF SERVICE**
***Robert Gaxiola v. Ford Motor Company, et al.,***
Case No. 5:22-cv-01852-FLA (SPx) - File No. 23722-824

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and not a party to this action. My business address is 633 West 5th Street, Suite 4000, Los Angeles, CA 90071.

On October 10, 2023, I served true copies of the following document(s):

**DEFENDANT FORD MOTOR COMPANY'S OFFER OF JUDGMENT PURSUANT TO FED. R. CIV. P. 68**

on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

| | |
|---|---|
| Tionna Dolin<br>**STRATEGIC LEGAL PRACTICES, APC**<br>1888 Century Park East, Floor 19<br>Los Angeles, CA 90067 | T: (310) 929-4900<br>F: (310) 943-3838<br>emailservices@slpattorney.com<br>tdolin@slpattorney.com<br>***Attorneys for Plaintiff* ROBERT GAXIOLA** |

The documents were served by the following means:

☒ (BY ELECTRONIC TRANSMISSION ONLY) Only by e-mailing the document(s) to the persons at the e-mail address(es) listed above based on notice provided on March 16, 2020 that, during the Coronavirus (COVID-19) pandemic, this office will be working remotely, not able to send physical mail as usual, and is therefore using only electronic mail. No electronic message or other indication that the transmission was unsuccessful was received within a reasonable time after the transmission.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on October 10, 2023, at Los Angeles, California.

_____
Cora Ruvalcaba