LINK 36-37

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT GAXIOLA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>FORD MOTOR COMPANY; and DOES 1 through 10, inclusive<br><br>　　　　Defendants. | Case No. 5:22-cv-01852-HDV-SP<br><br>District Judge: Hernan D. Vera<br><br>[~~PROPOSED~~] ORDER |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

　　Plaintiff ROBERT GAXIOLA ("Plaintiff") and Defendant FORD MOTOR COMPANY have agreed FORD MOTOR COMPANY will pay $18,000.00 to resolve Plaintiff's attorneys' fees, costs, and expenses.

　　Accordingly, the Court hereby enters an ORDER for Defendant to pay Plaintiff $18,000.00 to resolve attorneys' fees, costs, and expenses. Payment is to be made to counsel for Plaintiff by July 1, 2024. After satisfaction of payment, Plaintiffs will dismiss this case with prejudice within 10 business days against all parties.

**IT IS SO ORDERED.**

Date: __5/3/24_____

_____
Hon. Hernan D. Vera
District Court Judge